**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANGEL BAXCAJAY BAXCAJAY,

        Petitioner,

v.                                                                    Case No. 3:26-cv-546-WWB-PDB

SECRETARY OF HOMELAND SECURITY,
et al.,

        Respondents.
_____

## ORDER

THIS CAUSE is before the Court on Petitioner's Motion to Dismiss Petition under Federal Rule of Civil Procedure 41(a)(2) (Doc. 13). The Court **GRANTS** the Motion (Doc. 13) and dismisses this case **without prejudice**. The **Clerk** is directed to terminate all pending motions as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on May 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-6
Copies to:
Counsel of Record